IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
IN AND FOR ST. JOHNS COUNTY, FLORIDA

ANTHONY VESSELS,

Plaintiff,

vs.

CASE NO.
DIVISION:

3:09-cv-1168-J-25 JRK

THE STATE OF FLORIDA,
DEPARTMENT OF JUVENILE JUSTICE,
G4S YOUTH SERVICES, LLC.,
a Florida corporation,
AND KUTANNA WOODS,

Defendants,
_______________________________/

**COMPLAINT**

Plaintiff, ANTHONY VESSELS, by and through his undersigned counsel, sues the Defendants, THE STATE OF FLORIDA, DEPARTMENT OF JUVENILE JUSTICE and G4S YOUTH SERVICES, LLC., a Florida corporation, for damages and alleges as follows:

1. This is an action for money damages that exceed fifteen thousand dollars ($15,000.00) brought pursuant to 42 U.S.C. § 1983 and the Eighth and Fourteenth Amendments to the United States Constitution, and under the common law of the State of Florida against THE STATE OF FLORIDA, DEPARTMENT OF JUVENILE JUSTICE and G4S YOUTH SERVICES, LLC. and KUTANNA WOODS.

2. It is alleged that employees of defendant, G4S YOUTH SERVICES, LLC., including defendant, KUTANNA WOODS, utilized unreasonable force on the person of Plaintiff, ANTHONY VESSELS, and also that defendants, THE STATE OF FLORIDA, DEPARTMENT OF JUVENILE JUSTICE and G4S YOUTH SERVICES, LLC., breached their duty of care to Plaintiff, through deliberate indifference toward a substantial risk to the plaintiff's health or safety, by neglecting to properly train and screen employees, failing to follow established safely procedures, failing to prevent foreseeable harm to Plaintiff, and failing to provide necessary and appropriate personnel necessary for the safety, welfare and protection of the Plaintiff., thus violating his rights under the Eighth and Fourteenth Amendments to the United States Constitution, and that these employees of defendants, including defendant

ALL-STATE LEGAL® DEFENDANT'S EXHIBIT A

KUTANNA WOODS, maliciously and sadistically assaulted and battered Plaintiff, ANTHONY VESSELS..

## PARTIES

3. At all times relevant to this complaint, Plaintiff, ANTHONY VESSELS, was incarcerated at Hastings Youth Academy in St. Johns County, Florida.

4. At all times relevant to this complaint, defendant, G4S YOUTH SERVICES, LLC., was under contract with THE STATE OF FLORIDA, DEPARTMENT OF JUVENILE JUSTICE, to provide treatment services for youths in the juvenile justice system.

5. At all times relevant to this complaint, defendant, G4S YOUTH SERVICES, LLC., owned, operated, maintained, and controlled a secure juvenile facility, to wit Hastings Youth Academy, located at 765 E. St. Johns Avenue, Hastings, St. Johns County, Florida, and as such, G4S YOUTH SERVICES LLC. was responsible for supervising and operating Hastings Youth Academy and as such was responsible for ensuring the health and safety of all youths incarcerated in within the Youth Academy.

6. At all times relevant to this complaint, defendant, KUTANNA WOODS, was an employee and/or agent of defendant, G4S YOUTH SERVICES, LLC.

## FACTS

7. On or about February 9th, 2008, Plaintiff, ANTHONY VESSELS, was sixteen (16) years of age and was a resident of the Hastings Youth Academy operated by G4S YOUTH SERVICES, LLC.

8. On that same day, Plaintiff was brutally attacked by several employees of defendant G4S YOUTH SERVICES, LLC., including defendant, KUTANNA WOODS, and during this attack Ms. Woods deliberately twisted Plaintiff's arm behind his body, knocked him to the ground and sat on top of Plaintiff, covering him with her entire body for some length of time, smashing his face onto the floor, and further twisting Plaintiff's arm behind his body, resulting in a fracture to his shoulder.

9. At no time during this altercation was Plaintiff an imminent threat to others or to

himself and at no time during this altercation was Plaintiff attempting to escape or to destroy any property.

10. On that same day, employees of defendant G4S YOUTH SERVICES, LLC., including defendant, KUTANNA WOODS, failed to call 911, or to provide Plaintiff with medical treatment in a timely manner.

11. Plaintiff, ANTHONY VESSELS, was transported by defendant, G4S YOUTH SERVICES, LLC., to Flagler Hospital in St. Augustine, Florida.

12. Plaintiff suffered a severe fractured shoulder and underwent emergency surgery to have pins inserted into his shoulder bones, and later required a second surgery to have the pins removed.

13. Defendants THE STATE OF FLORIDA, DEPARTMENT OF JUVENILE JUSTICE and G4S YOUTH SERVICES, LLC. were aware that Hastings Youth Academy has a history of misconduct, including but not limited to assaults, drug sales and inappropriate physical relationships between staff and youths.[1]

14. All conditions precedent to this action have been performed by the Plaintiff. Pre-suit notice requirements in accordance Section 768.28 of the Florida Statutes were given to each of the Defendants, and the Department of Insurance and are attached hereto as Plaintiff's Composite Exhibit "A."

**COUNT I - 42 U.S.C. Section 1983 AGAINST DEFENDANTS THE STATE OF FLORIDA DEPARTMENT OF JUVENILE JUSTICE and G4S YOUTH SERVICES LLC. and DEFENDANT KUTANNA WOODS**

15. Plaintiff, ANTHONY VESSELS, realleges paragraphs one through fourteen as if fully set forth herein.

16. Plaintiff, ANTHONY VESSELS, claims damages for the injuries set forth above under 42 U.S.C. § 1983, against defendants, THE STATE OF FLORIDA, DEPARTMENT OF JUVENILE JUSTICE and G4S YOUTH SERVICES, LLC., and KUTANNA WOODS, for

---

[1]http://www.jacksonville.com/tu-online/stories/102107/met_210437545.shtml

violation of his constitutional rights under color of law.

17. Defendants, THE STATE OF FLORIDA, DEPARTMENT OF JUVENILE JUSTICE and G4S YOUTH SERVICES, LLC., and KUTANNA WOODS, violated the Plaintiff's constitutional rights and were negligent by, without limiting other acts and behaviors: breach of their duty of care to Plaintiff, ANTHONY VESSELS, by negligently: (1) failing to properly train and screen employees; (2) failing to follow established safety procedures; (3) failing to prevent foreseeable harm to Plaintiff by failing to address previous staff misconduct; (4) failing to provide necessary and appropriate security measures; and (5) failing to provide necessary and appropriate personnel necessary for the safety, welfare and protection of Plaintiff, ANTHONY VESSELS.

18. As a direct and proximate result of the acts and omissions of the defendants, THE STATE OF FLORIDA, DEPARTMENT OF JUVENILE JUSTICE and G4S YOUTH SERVICES, LLC., Plaintiff, ANTHONY VESSELS, suffered a violation of his constitutional rights under the Fourth, Eighth and Fourteenth Amendments to the United States Constitution to be free from the use of excessive force and/or an unreasonable search and seizure of his person.

19. As a direct and proximate result of the acts of the defendants, plaintiff, ANTHONY VESSELS, was caused to suffer significant bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and loss of earning, and loss of ability to earn money. Plaintiffs injuries and losses are either permanent or continuing in nature and Plaintiff will suffer these injuries and losses in the future.

**COUNT II - NEGLIGENT HIRING AGAINST DEFENDANT THE STATE OF FLORIDA DEPARTMENT OF JUVENILE JUSTICE**

20. Plaintiff, ANTHONY VESSELS, realleges paragraphs one through fourteen as if fully set forth herein.

21. At all times relevant to this complaint, defendant, THE STATE OF FLORIDA DEPARTMENT OF JUVENILE JUSTICE, owed a duty to Plaintiff, to provide reasonable

security measures and/or security personnel while Plaintiff was in defendant's custody.

22. At all times relevant to this complaint, defendant, THE STATE OF FLORIDA DEPARTMENT OF JUVENILE JUSTICE, due to the level of contact with juveniles by nature of the job performed by defendant, G4S YOUTH SERVICES, LLC., owed a duty to Plaintiff, to investigate defendant's background, records and employment contract history.

23. At all times relevant to this complaint, defendant, THE STATE OF FLORIDA DEPARTMENT OF JUVENILE JUSTICE, knew should have known of the negative reports of abuse, neglect and impropriety of defendant, G4S YOUTH SERVICES, LLC.

24. Defendant, THE STATE OF FLORIDA DEPARTMENT OF JUVENILE JUSTICE, by and through its agents, servants, and/or employees breached its duties owed to Plaintiff, ANTHONY VESSELS, by committing one or more of the following acts negligent acts of commission or omission:

    A. Failing to provide adequate personnel on the premises to supervise activities at the secure juvenile facility and/or;

    B. Failing to conduct an investigation into reports of abuse by employees of defendant, G4S YOUTH SERVICES, LLC. and/or;

    C. Failing to conduct an investigation into the background, records and employment contract history of defendant, G4S YOUTH SERVICES, LLC. and/or;

    D. Failing to correct or take adequate action on negative review and evaluations of defendant, G4S YOUTH SERVICES, LLC. given by the department's Quality and Assurance Inspectors.

25. As a direct and proximate result of the negligence described herein, plaintiff, ANTHONY VESSELS, was caused to suffer significant bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and loss of earning, and loss of ability to earn money. Plaintiffs injuries and losses are either permanent or continuing in nature and Plaintiff will suffer these injuries and losses in the future.

**COUNT III - ASSAULT AND BATTERY AGAINST DEFENDANT G4S YOUTH SERVICES, LLC.**

26. Plaintiff, ANTHONY VESSELS, realleges paragraphs one through fourteen as if fully set forth herein.

27. Employees of defendant, G4S YOUTH SERVICES LLC., including defendant, KUTANNA WOODS, assaulted and battered Plaintiff, ANTHONY VESSELS, while in the course and scope of their employment as mental health technicians and in furtherance of their official duties.

28. Defendant, KUTANNA WOODS, and other unnamed mental health technicians were employees of defendant, G4S YOUTH SERVICES LLC., and as such, defendant is responsible for the willful and wanton misconduct, committed while in the course and scope of employment, of defendant's employees under the doctrine of respondeat superior.

29. As a direct and proximate result of the acts of the defendant, plaintiff, ANTHONY VESSELS, was caused to suffer significant bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and loss of earning, and loss of ability to earn money. Plaintiffs injuries and losses are either permanent or continuing in nature and Plaintiff will suffer these injuries and losses in the future.

**COUNT IV - ASSAULT AND BATTERY AGAINST DEFENDANT KUTANNA WOODS**

30. Plaintiff, ANTHONY VESSELS, realleges paragraphs one through fourteen as if fully set forth herein.

31. Defendant, KUTANNA WOODS, assaulted and battered Plaintiff, ANTHONY VESSELS, while in the course and scope of her employment as a mental health technician for defendant, G4S YOUTH SERVICES LLC., and in furtherance of her official duties.

32. In the alternative, the acts of defendant, KUTANNA WOODS, were done in bad faith, with malicious purpose, and exhibited wanton and willful disregard of human rights, safety and property of Plaintiff, ANTHONY VESSELS.

33. As a direct and proximate result of the said acts of defendant, KUTANNA WOODS, Plaintiff, ANTHONY VESSELS, was caused to suffer significant bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and loss of earning, and loss of ability to earn money. Plaintiffs injuries and losses are either permanent or continuing in nature and Plaintiff will suffer these injuries and losses in the future.

**COUNT V - BREACH OF DUTY AGAINST DEFENDANTS THE STATE OF FLORIDA DEPARTMENT OF JUVENILE JUSTICE and G4S YOUTH SERVICES LLC.**

34. Plaintiff, ANTHONY VESSELS, realleges paragraphs one through fourteen as if fully set forth herein.

35. Defendant, THE STATE OF FLORIDA DEPARTMENT OF JUVENILE JUSTICE, had a duty, while Plaintiff, ANTHONY VESSELS, was in its custody, to protect Plaintiff from harm by third persons, when such harm is foreseeable.

36. Defendant, G4S YOUTH SERVICES LLC., had a duty, while Plaintiff, ANTHONY VESSELS, was in its custody, to protect Plaintiff from harm by third persons, when such harm is foreseeable.

37. Defendant, G4S YOUTH SERVICES LLC., states on its website that youths are to be treated with dignity and respect at all times.[2]

38. Defendant THE STATE OF FLORIDA DEPARTMENT OF JUVENILE JUSTICE, claims, as part of its mission statement, that it will provide a safe and nurturing environment for children.[3]

39. Defendant THE STATE OF FLORIDA DEPARTMENT OF JUVENILE JUSTICE, had a duty, while Plaintiff, ANTHONY VESSELS, was in its custody, to protect Plaintiff from harm by third persons, when such harm is foreseeable.

40. Defendants, THE STATE OF FLORIDA, DEPARTMENT OF JUVENILE

[2]http://www.g4s.com/us/us-youth_services.htm

[3]http://www.djj.state.fl.us/guidingprinciples.html

JUSTICE and G4S YOUTH SERVICES, LLC., had knowledge of prior incidents of staff misconduct where youths in defendants' custody were harmed.

41. Defendant, G4S YOUTH SERVICES, LLC. had knowledge that defendant's employee, defendant KUTANNA WOODS, had twelve (12) previous incidences of misconduct on her employee record, where she had been written up for violations of procedure.

42. Defendants, THE STATE OF FLORIDA, DEPARTMENT OF JUVENILE JUSTICE and G4S YOUTH SERVICES, LLC., breached their duty to Plaintiff, ANTHONY VESSELS, by failing to protect Plaintiff from foreseeable harm by defendants' employee, defendant KUTANNA WOODS.

WHEREFORE, Plaintiff, ANTHONY VESSELS, respectfully requests this Court:

A. Award compensatory damages to Plaintiff against the Defendants;

B. Award costs of this action to Plaintiff;

C. Award reasonable attorney's fees and cost to the Plaintiff;

D. Award punitive damages on Counts I and III;

E. Award such other and further relief that this Court may deem appropriate.

**DEMAND FOR JURY TRIAL**

Plaintiff further demands a trial by jury as to all issues so triable.

Dated this 9th day of November, 2009.

LAWRENCE J. MARRAFFINO, P.A
Attorney for the Plaintiff
Florida Bar No.: 438390
3312 West University Ave, Suite 2
Gainesville, FL 32607
(352) 376-0102
(352) 376-6554 facsimile

Exhibit A

March 21, 2008

Florida Department of Juvenile Justice
Knight Building, 2737 Centerview Drive
Tallahassee, Florida 32399-3100

CERTIFIED MAIL
7007 0220 0004 7876 3946

Re: Anthony Vessels
Claimant's Social Security Number:
Date of birth:
Date of incident:  February 9th, 2008

To Whom It May Concern:

Please consider this letter a formal notice of claim pursuant to Section 768.28 and 30.07 of the Florida Statutes on behalf of my client, Barbara Gelormino as mother and natural guardian to Anthony Vessels, a minor. Ms. Gelormino is bringing her claim as a result of actions of persons acting under the authority of the Hastings Youth Academy on February 9th, 2008 at the Hastings Youth Academy that resulted in serious injuries including broken bones to Anthony Vessels.

On that date, Anthony Vessels was under the care of Hastings Youth Academy and was excessively and aggressively taken down by a Hastings Youth Academy guard causing permanent and serious injury to Anthony Vessels, a minor. He has already undergone several surgical procedures and is scheduled to be back in surgery to remove pins previously put in place to hold bone together.

The claim will be made on behalf of Barbara Gelormino as mother and natural guardian to Anthony Vessels, a minor, for any and all actionable claims pursuant to the Federal Civil Rights Act, 42 U.S.C., Section 1983, in addition to any claims that may be available under the statutory and common law of the State of Florida against all responsible parties.

Please consider this letter a formal request for information pursuant to F.S.119.07(1)(a) as follows:

1. Any and all incident reports, investigations, internal investigations, arrest reports, disciplinary reports, or any other reports of any nature regarding the above-described incident.
2. A copy of any video tapes depicting the incident.
3. Any photographs of Anthony Vessels taken as part of any investigation of the incident.
4. Any information regarding training procedures for guards in handling juveniles in attendance at Hastings Youth Academy.
5. All personnel records and disciplinary records of the guard who committed the excessive force and/or all personnel records of guard Lequasia Words.
6. Any and all medical and/or health records regarding Anthony Vessels from 2/9/08 and to present.
7. Any and all incident reports of injuries, violence, physical altercations, sexual misconduct, or disciplinary proceedings involving any personnel working at Hastings Youth Academy towards inmates/residents since 2003.

4. Any information regarding training procedures for guards in handling juveniles in attendance at Hastings Youth Academy.
5. All personnel records and disciplinary records of the guard who committed the excessive force and/or all personnel records of guard Lequasia Words.
6. Any and all medical and/or health records regarding Anthony Vessels from 2/9/08 and to present.
7. Any and all incident reports of injuries, violence, physical altercations, sexual misconduct, or disciplinary proceedings involving any personnel working at Hastings Youth Academy towards inmates/residents since 2003.

Please provide the above information within fifteen (15) days, which we deem to be a reasonable time. We will, of course, agree to pay the reasonable costs of photocopying as required by said statute

Very truly yours,

LAWRENCE J. MARRAFFINO, P.A.

Lawrence J. Marraffino, Esq.

LJM/lh

cc: Barbara Gelormino obo Anthony Vessels

Florida Department of Financial Services · 200 East Gaines Street · Tallahassee, Florida 32399-0300 (Certified Mail)

4458

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Florida Dept. of Juvenile Justice
Knight Building, 2737 Centerview Dr.
Tallahassee, FL 32399-3100

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7007 0220 0004 7867 394

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(No Insurance Coverage Provided)
Visit our website at www.usps.com
OFFICIAL USE
.41
0.65
2.15
5.21
Dept. of Juvenile Justice 768 ltr 4458 3/21/08
Postmark Here
Juv. Justice
See Reverse for Instructions

Date of incident: February 9th, 2008

To Whom It May Concern:

Please consider this letter a formal notice of claim pursuant to Section 768.28 and 30.07 of the Florida Statutes on behalf of my client, Barbara Gelormino as mother and natural guardian to Anthony Vessels, a minor. Ms. Gelormino is bringing l[...] acting under the authority of the Hastings Youth Acade[...] Youth Academy that resulted in serious injuries includin[...]

On that date, Anthony Vessels was under the ca[...] excessively and aggressively taken down by a Hastings Y[...] and serious injury to Anthony Vessels, a minor. He [...] procedures and is scheduled to be back in surgery to ren[...] bone together.

The claim will be made on behalf of Barbara Gel[...] Anthony Vessels, a minor, for any and all actionable cl[...] Act, 42 U.S.C., Section 1983, in addition to any claims th[...] common law of the State of Florida against all responsib[...]

Please consider this letter a formal request for inf[...] follows:

1. Any and all incident reports, investigatio[...] disciplinary reports, or any other reports of [...] incident.
2. A copy of any video tapes depicting the i[...]
3. Any photographs of Anthony Vessels ta[...] incident.

U.S. Postal Service
CERTIFIED MAIL RECEIPT

SENDER: COMPLETE THIS SECTION
Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.
Article Addressed to:
Florida Dept. of Financial Svcs
200 East Gaines Street
Tallahassee, FL 32399

COMPLETE THIS SECTION ON DELIVERY
A. Signature DEPARTMENT OF FINANCIAL SERVICES SINEATH, MAIL CENTER SUPERVISOR ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery MAR 24 2008
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No
3. Service Type ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes
Article Number (Transfer from service label) 7007 0220 0004 7867 3472
PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

*Law*

LAWRENCE J. M

3312 W. UNIVERS

GAINESV

LAWRENCE J. MARRAFFINO

U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT (Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT (Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .41 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | — |
| Total Postage & Fees | $ 5.21 |

Postmark Here: Copy of 7008/119 ... 2/29/08

Sent To: FL Dept of Financial Svcs
Street, Apt. No.; or PO Box No.: 200 E. Gaines St.
City, State, ZIP+4: Tallahassee FL 32399-0300

PS Form 3800, August 2006 — See Reverse for Instructions

7007 0220 0004 7867 3960

February

Hastings Youth Academy
765 E. St. Johns Avenue
Hastings, Florida 32145

**VIA CERTIFIED MAIL 7007 0220 0004 786**

Re: Anthony Vessels
Claimant's Social Security Number: [redacted]
Date of birt
Date of inci

To Whom It May Concern.

Please consider this ... the Florida Statutes on beh ... Anthony Vessels, a minor. ... acting under the authority ... Youth Academy that result

On that date, Anth ... excessively and aggressive ... and serious injury to Ant ... procedures and is schedule ... bone together.

The claim will be m ... Anthony Vessels, a minor, ... Act, 42 U.S.C., Section 1983 ... common law of the State of

Please consider this ... follows:

1. Any and all ... disciplinary ... incident.
2. A copy of

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Hastings Youth Academy
765 E St. Johns Ave
Hastings, FL 32145

2. Article Number (Transfer from service label) 7007 0220 0004 7867 3571

COMPLETE THIS SECTION ON DELIVERY

A. Signature X [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name) Aiesha Karst
C. Date of Delivery 3/3/08
D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

3. Service Type ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Florida Department
of Financial Services
200 East Gaines Street
Tallahassee, FL 32399-0300

2. Article Number (Transfer from service label) 7007 0220 0004 7867 3960

COMPLETE THIS SECTION ON DELIVERY

A. Signature X [stamp] ☐ Agent ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery MAR - 3 2008
D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

3. Service Type ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004

3. Any photographs of Anthony Vessels taken as part of any investigation of the incident.

4. Any information regarding training procedures for guards in handling juveniles in attendance at Hastings Youth Academy.

5. All personnel records and disciplinary records of the guard who committed the excessive force and/or all personnel records of guard Lequasia Words.

6. Any and all medical and/or health records regarding Anthony Vessels from 2/9/08 and to present.

Please provide the above information within fifteen (15) days, which we deem to be a reasonable time. We will, of course, agree to pay the reasonable costs of photocopying as required by said statute

Very truly yours,

LAWRENCE J. MARRAFFINO, P.A.

Lawrence J. Marraffino, Esq.

LJM/lh

cc: Barbara Gelormino obo Anthony Vessels

Florida Department of Financial Services · 200 East Gaines Street · Tallahassee, Florida 32399-0300 (Certified Mail)